UNITED STATES of America,
Plaintiff-Appellee,

v.

Wilbur E. CAUSEY, Defendant-Appellant.
No. 72–2539
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1,2]

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

UNITED STATES of America,
Plaintiff-Appellee,

v.

David L. CAUSEY, Defendant-Appellant.
No. 72–2538
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1,2]

2. Defendant contends his sentence was influenced by false information contained in his pre-sentence report.